UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

MARISSA SKINNER, )
                Plaintiff(s), ) Case No. 2:16-cv-00078-APG-NJK
                )
vs. ) ORDER
                )
GEICO CASUALTY INSURANCE COMPANY, ) (Docket No. 33)
                Defendant(s). )

      On June 1, 2017, Defendant filed a notice that certain deposition transcripts are designated as confidential. Docket No. 33. Discovery-related documents should not be filed unless ordered by the Court. *See* Local Rule 26-8; *see also* Fed. R. Civ. P. 5(d)(1). No such order has been entered by the Court in this case. Accordingly, the Court **STRIKES** the document filed at Docket No. 33 and instructs the parties to refrain from filing discovery documents on the docket in the future absent a Court order that they do so.

      IT IS SO ORDERED.

      Dated: June 2, 2017

                                          NANCY J. KOPPE
                                          United States Magistrate Judge