ROBERT W. FREEMAN, ESQ.
Nevada Bar No. 03062
Email: robert.freeman@lewisbrisbois.com
PRISCILLA L. O'BRIANT, ESQ.
Nevada Bar No. 10171
Email: priscilla.obriant@lewisbrisbois.com
**LEWIS BRISBOIS BISGAARD & SMITH LLP**
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
702.893.3383
FAX: 702.893.3789
*Attorneys for Defendant*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA, SOUTHERN DIVISION

| | |
|---|---|
| MARISSA SKINNER, individually,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>GEICO CASUALTY INSURANCE COMPANY, individually; and DOES I through X; and ROE CORPORATIONS I through X, inclusive,<br><br>　　　　　Defendants. | CASE NO.:   2:16-cv-00078-APG-NJK<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE FOR DEFENDANT TO RESPOND TO PLAINTIFF'S**<br><br>**(FIRST REQUEST)** |

Pursuant to LR 6-1, the parties, by and through their respective counsel of record, respectfully submit the following stipulation requesting a seven (7) day extension for Plaintiff and Defendant to file their replies, namely, Plaintiff's reply in support of *Plaintiff's Motion for Summary Judgment Regarding Defendant's Breach of Contract* [dkt.    ] and Defendant's reply in support of its *Motion for Summary Judgment on Plaintiff's Claim for Breach of the Covenant of Good Faith and Fair Dealing, Statutory Violations, Negligent Misrepresentation, Statutory Violations, Negligent Misrepresentation and Punitive Damages* [dkt. 34], to and including July 28.  Both parties' Motions were filed on June 2, and both parties responses to the Motions were filed on July 7, 2017.  In support of this Stipulation, the parties state as follows:

/ / /

4824-0226-1575.1

**A. Introduction**

Plaintiff is a first party claimant for underinsured motorist benefits under a policy of insurance with Defendant GEICO Casualty Insurance Company

**B. Reason for Extension**

The parties believe that a seven (7) day extension of the deadline to file a reply is necessary and appropriate to provide sufficient time to complete an adequate reply. Defendant's counsel requested the extension since she was traveling for business the week prior and due to various factors, the travel adversely interfered with Defendant's opportunity to complete Defendant's reply in support of its motion for summary judgment. The parties believe that good cause is demonstrated and both agreed to a seven (7) day extension of the deadline to respond.

| | |
|---|---|
| DATED this 20$^{tht}$ day of July, 2017. | DATED this 20th day of July, 2017. |
| LEWIS BRISBOIS BISGAARD & SMITH | CLARK MCCOURT |
| /s/ Priscilla L. O'Briant | /s/ Lukas B. McCourt |
| ROBERT W. FREEMAN, ESQ.<br>Nevada Bar No. 003062<br>PRISCILLA L. O'BRIANT, ESQ.<br>Nevada Bar No. 10171<br>6385 S. Rainbow Boulevard, Suite 600<br>Las Vegas, Nevada 89118<br>*Attorneys for Defendant* | BRIAN P. CLARK, ESQ.<br>Nevada Bar No. 04236<br>LUKAS B. MCCOURT, ESQ.<br>Nevada Bar No. 11839<br>7371 Prairie Falcon Road, Ste. 120<br>Las Vegas, NV 89128<br>*Attorneys for Plaintiff* |

**ORDER**

**IT IS SO ORDERED:**

Dated: July 20, 2017.

_____
**UNITED STATES DISTRICT JUDGE**

4824-0226-1575.1

2