ROBERT W. FREEMAN, ESQ.
Nevada Bar No. 03062
Email: robert.freeman@lewisbrisbois.com
PRISCILLA L. O'BRIANT, ESQ.
Nevada Bar No. 10171
Email: priscilla.obriant@lewisbrisbois.com
**LEWIS BRISBOIS BISGAARD & SMITH LLP**
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
702.893.3383
FAX: 702.893.3789
*Attorneys for Defendant*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| MARISSA SKINNER, individually,<br><br>Plaintiff,<br><br>vs.<br><br>GEICO CASUALTY INSURANCE COMPANY, individually; and DOES I through X; and ROE CORPORATIONS I through X, inclusive,<br><br>Defendants. | CASE NO.: 2:16-cv-00078-APG-NJK<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO FILE PROPOSED JOINT PRETRIAL ORDER**<br><br>**(FIRST REQUEST)** |

COME NOW, Plaintiff and Defendant, by and through their counsels of record, and pursuant to Local Rule 6-1, the parties hereby stipulate, agree, and make joint application to extend the time for the parties to file their Joint Pretrial Order.

Due to heavy schedules, counsel for the parties have been unable to have the discussions necessary to complete the proposed Joint Pretrial Order. Therefore, additional time is requested to complete the Joint Pretrial Order.

This extension is made in good faith and not for purposes of delay. Based upon the foregoing, the parties request that this Court order the time for the parties to file their

/ / /

/ / /

/ / /

4840-5186-8768.1

Joint Pretrial Order be extended for thirty (30) days from the current deadline. The new deadline for the Joint Pretrial Order will be April 27, 2018.

DATED this 28th day of March, 2018　　　　DATED this 28th day of March, 2018

LEWIS BRISBOIS BISGAARD & SMITH　　　CLARK MCCOURT

/s/ Priscilla L. O'Briant　　　　　　　　　　　/s/ Lukas B. McCourt

_____　　_____
ROBERT W. FREEMAN, ESQ.　　　　　　BRIAN P. CLARK, ESQ.
Nevada Bar No. 003062　　　　　　　　　Nevada Bar No. 04236
PRISCILLA L. O'BRIANT, ESQ.　　　　　LUKAS B. MCCOURT, ESQ.
Nevada Bar No. 10171　　　　　　　　　Nevada Bar No. 11839
6385 S. Rainbow Boulevard, Suite 600　　7371 Prairie Falcon Road, Ste. 120
Las Vegas, Nevada 89118　　　　　　　Las Vegas, NV 89128
*Attorneys for Defendant*　　　　　　　　*Attorneys for Plaintiff*

## ORDER

**IT IS SO ORDERED:**　　　　　　　　　　**NO FURTHER EXTENSIONS WILL BE GRANTED.**

Dated: March 29, _____, 2018.

_____
United States Magistrate Judge