# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| MARISSA SKINNER,<br><br>　　　　Plaintiff,<br><br>v.<br><br>GEICO CASUALTY INSURANCE COMPANY,<br><br>　　　　Defendant. | Case No. 2:16-cv-00078-APG-NJK<br><br>**ORDER GRANTING MOTION TO SEAL AND DIRECTING PLAINTIFF TO FILE REDACTED, PUBLICLY ACCESSIBLE VERSIONS**<br><br>(ECF No. 52) |

Plaintiff Marissa Skinner filed under seal her motion for partial summary judgment, an erratum, her response to GEICO's motion for summary judgment, and her reply brief. ECF Nos. 37, 40, 44, 48. Skinner did not file a motion to seal these documents. LR IA 10-5. I allowed the filings to remain sealed temporarily and directed that any party taking the position that these filings should remain sealed must file a motion. ECF No. 51.

Defendant GEICO Casualty Insurance Company moves to seal very limited portions of Skinner's motion, erratum, and response. ECF Nos. 37, 40, 44. I grant the motion because GEICO has presented evidence that the limited redactions contain confidential information and because the minor redactions do not impact the public's understanding of the proceedings in this case. Neither GEICO nor Skinner move to seal Skinner's reply (ECF No. 48), so that document will be unsealed in its entirety.

IT IS THEREFORE ORDERED that GEICO Casualty Insurance Company's motion to seal **(ECF No. 52) is GRANTED**. ECF Nos. 37, 40, and 44 shall remain sealed. Within 30 days from the date of this order, plaintiff Marissa Skinner shall file redacted, publicly accessible versions of these documents consistent with GEICO's redactions in ECF No. 52.

IT IS FURTHER ORDERED that that the clerk of court shall unseal ECF No. 48.

DATED this 2nd day of April, 2018.

　　　　　　　　　　　　　　　　　　　　　ANDREW P. GORDON
　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE